The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONSTANCE LUNDY, an individual,

Plaintiff,

v.

WALMART INC., a foreign corporation, licensed to do and doing business in the state of Washington,

Defendant,

NO. 2:25–cv–00866–RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

**<u>ORDER</u>**

THIS MATTER having come on for hearing before the undersigned Judge of the above-captioned Court upon the parties' Stipulated Motion to Extend Discovery Cut-Off Deadline, and the Court being fully advised on the premises, it is now therefore

ORDERED that the discovery cut-off deadline shall be extended to July 22, 2026, and the dispositive motion deadline shall be extended to August 14, 2026

DONE this <u>15th</u> day of May 2026.

_____
Honorable Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION DEADLINES
- 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
206-628-6600

4917-3633-2455.1

Presented by:

WILLIAMS, KASTNER & GIBBS PLLC

*s/ Brad Schlesinger*
Eddy Silverman, WSBA #53494
Brad R. Schlesinger, WSBA #53197
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P:  (206) 628-6600
Email: esilverman@williamskastner.com
        bschlesinger@williamskastner.com

**Attorneys for Defendant Walmart Inc.**

Agreed to by:

DRIGGS BILLS & DAY, PLLC

*s/*
Casey Linane-Booey
Thomas McPherson
2125 Western Avenue, Suite 500
Seattle, WA 98121
Ph: (206) 607-9098
caseylb@advocates.com
tmcpherson@advocates.com

**Attorneys for Plaintiffs**

ORDER GRANTING STIPULATED MOTION TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION DEADLINES
    - 2

4917-3633-2455.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
 Seattle, WA 98101-2380
206-628-6600