UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONSTANCE LUNDY,

                Plaintiff,

        v.

WALMART, INC.,

                Defendant.

Case No. C25-866-RSM

ORDER GRANTING STIPULATED MOTION REGARDING THE REASONABLENESS AND NECESSITY OF MEDICAL TREATMENT AND REASONABLENESS OF MEDICAL CHARGES

THIS MATTER having come before the undersigned Judge in The Western District of Washington at Seattle on Plaintiff's Stipulated Motion for Partial Summary Judgment regarding Reasonable and Necessary Medical Treatment and Reasonableness of Medical Charges, and the court having considered the Stipulated Motion:

It is hereby ORDERED that Plaintiff's Stipulated Motion for Partial Summary Judgment Regarding Reasonable and Necessary Medical Treatment and Reason bless of Medical Charges, is GRANTED in the amount of $167,601.80.

DATED this 27th day of May, 2026.

_____
Ricardo S. Martinez
United States District Judge

ORDER - 1