UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTANCE LUNDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation, licensed to do and doing business in the state of Washington,<br><br>Defendant. | Case No. 2:25−cv−00866−GJL<br><br>STIPULATION AND ORDER OF DISMISSAL |

STIPULATION

The parties, Constance Lundy ("Plaintiff"), and Walmart Inc. ("Defendant") hereby stipulate and agree all claims in the above captioned lawsuit may be dismissed in their entirety, with prejudice, and without costs and attorney fees to any party.

DATED this 4th day of November, 2026.

Abigail Maurer, WSBA #58756
WILLIAMS, KASTNER & GIBBS PLLC
601 W. Riverside Ave., Suite 800
Spokane, WA 99201-0603
Phone: (509) 609-3820
Email: amaurer@williamskastner.com
*Attorneys for Defendant Walmart Inc.*

Casey Linane-Booey, WSBA #49578
DRIGGS BILLS & DAY, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
Email: caseylb@advocates.com
*Attorneys for Plaintiff*

ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff and Defendant, Dkt. #46, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorney fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiff Constance Lundy's claims against Defendant Walmart Inc. are hereby dismissed with prejudice and without costs and attorney fees to any party. This case is CLOSED.

DATED this 10th day of November, 2026.

Hon. Ricardo S. Martinez
United States District Judge